1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| MATTA J. SANTOS, | 1:14 -cv-01929-SKO (HC) |
| Petitioner, | |
| v. | ORDER DENYING MOTION FOR APPOINTMENT OF COUNSEL |
| K. HOLLAND, | (Document#2) |
| Respondent. | |

16

Petitioner has requested the appointment of counsel.  There currently exists no

absolute right to appointment of counsel in habeas proceedings.  See, e.g., Anderson v.

Heinze, 258 F.2d 479, 481 (9th Cir. 1958); Mitchell v. Wyrick, 727 F.2d 773, 774 (8th Cir.

1984).  However, 18 U.S.C. § 3006A(a)(2)(B) authorizes the appointment of counsel at any

stage of the case if "the interests of justice so require."  See Rule 8(c), Rules Governing

Section 2254 Cases.  Here, the petition is at the screening stage and does not appear to

present difficult or complex issues.  Thus, in the present case, the Court does not find that

the interests of justice require the appointment of counsel at the present time.  Accordingly,

IT IS HEREBY ORDERED that Petitioner's request for appointment of counsel is

DENIED.

IT IS SO ORDERED.

Dated:   **December 9, 2014**           **/s/ Sheila K. Oberto**
                                        UNITED STATES MAGISTRATE JUDGE

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28